# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 358 WAL 2015
:
       Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
MARK LEONARD, :
:
       Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.